IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RANDALL LEE CONRAD, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | 1:07cv313 |
| | ) | 1:04cr297 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION

On October 10, 2007, Magistrate Judge Wallace W. Dixon filed his Recommendation [Doc. # 85][1] that the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [Doc. # 80] be denied and that Judgment be entered dismissing this action. Also on October 10, 2007, the parties were mailed notification of the Recommendation filing. Petitioner Randall Lee Conrad timely filed an Objection to the Recommendation on October 25, 2007 [Doc. # 87]. Respondent the United States of America did not file a response.

The Court has reviewed de novo the Recommendation of the Magistrate Judge and adopts that Recommendation. Thus, for the reasons set out in the Recommendation, the Petitioner's Motion to Vacate, Set Aside, or Correct

---

[1] This and all further citations to the record will be to the criminal case, 1:04cr297.

Sentence pursuant to 28 U.S.C. § 2255 [Doc. # 1] is DENIED and this action is DISMISSED.

This the 11th day of February, 2008.

/s/ N. Carlton Tilley, Jr.
United States District Judge
