IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RANDALL LEE CONRAD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:07CV313 |
| ) | 1:04CR297-1 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

ORDER

On February 28, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Petitioner filed objections [Doc. #133] to the Recommendation within the time limit prescribed by Section 636. The Court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #131] which is affirmed and adopted. To the extent Petitioner subsequently filed a Motion [Doc. #134] to obtain documents, that request will be denied in light of the Court's determination here.

IT IS THEREFORE ORDERED that Petitioner's Motion under Rule 60(d)(3) [Doc. #105] and Motion for Clarification [Doc. #126] are DENIED, that Petitioner's Motion to Produce Complete Documents [Doc. #134] is DENIED, and that finding no substantial issue for appeal concerning the denial of a constitutional right

affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is DENIED.

This the 25th day of March, 2016.

                                                   /s/ N. Carlton Tilley, Jr.
                                          Senior United States District Judge